closed

# UNITED STATES DISTRICT COURT

# CENTRAL OF CALIFORNIA

CHARLYNE SINGLEY,

                    Plaintiff,

     vs.

AETNA LIFE INSURANCE
COMPANY, a corporation; BANK
OF AMERICA CORPORATION, a
corporation; DOES 1 through 10,

                  Defendants.

CASE NO.   14-cv-4621-JFW-JC
*Judge John F. Walter*

**ORDER RE: DISMISSAL OF
ENTIRE ACTION WITH
PREJUDICE**

Pursuant to the Joint Stipulation for Dismissal of Entire Action With Prejudice by and between Plaintiff Charlyne Singley and Defendant Aetna Life Insurance Company and Bank of America Corporation, the Court orders the entire action dismissed with prejudice, each party to bear their own costs and attorney's fees.

     IT IS SO ORDERED.

Dated:  June 23, 2015

_____
John F. Walter
United States District Judge

Gordon & Rees LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071

1097489/23848332v.1

-1-                       14-cv-4621-JFW-JC